**Order entered February 3, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00191-CV

**BALTASAR D. CRUZ, Appellant**

**V.**

**JAMES VAN SICKLE, KARL- THOMAS MUSSELMAN, ET AL, Appellees**

**On Appeal from the 160th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-12-09275**

## ORDER

Before the Court is appellant's January 15, 2014 motion to increase the word limit of his reply brief. Appellant seeks to increase the 7,500 word limit allowed for computer-generated reply briefs and the 27,000 word limit allowed for all computer-generated briefs filed by a party by up to 12,500 words. *See* TEX. R. APP. P. 9.4(i)(2)(B),(C). We note we previously granted appellant leave to file an initial brief of 19,500 words, 4,500 words more than the rules of appellate procedure allow for an initial brief. *See id.* 9.4(i)(2)(B). Accordingly, we **GRANT** appellant's motion to the extent that appellant's reply brief be no more than 9,500 words. We **STRIKE** appellant's 19,900-word reply brief, filed January 23, 2014 while this motion was pending, and **ORDER** appellant to file an amended reply brief no later than February 17, 2014.

No extensions will be granted absent exigent circumstances.


/s/     ELIZABETH LANG-MIERS
           JUSTICE